

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# RECEIVED

## JUL 0 6 2022 cm

### THOMAS G. BRUTON
### CLERK, U.S. DISTRICT COURT

_____ANTHONY MILNER #20180814168_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:22-cv-03561
Kendall / McShain
PC 11
RANDOM

vs.      Case

(CHICAGO POLICE DAPARTMENT)     (To

ANTESBERGEN #3744 / HUERTAS #19394

MACIAS #8042 / WILLIAMS #12544

MORANZ #5687 / GARCIA #11044

MORSE #728

HUFFMAN #620

ULLEWEIT #781

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: ANTHONY MILNER

    B.    List all aliases: N/A

    C.    Prisoner identification number: N/A

    D.    Place of present confinement: COOK COUNTY

    E.    Address: 2600 S. CALIFORNIA

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: ANTESPENGER

        Title: PEACE OFFICER

        Place of Employment: C.P.D

    B.    Defendant: HUERTAS

        Title: PEACE OFFICER

        Place of Employment: C.P.D

    C.    Defendant: MACIAS

        Title: PEACE OFFICER

        Place of Employment: C.P.D

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(ADDITIONAL SHEET)

D. DEFENDANT: WILLIAMS
   TITLE: PEACE OFFICER
   PLACE OF EMPLOYMENT: C.P.D


E. DEFENDANT: MORANZ
   TITLE: PEACE OFFICER
   PLACE OF EMPLOYMENT: C.P.D


F. DEFENDANT: GARCIA
   TITLE: PEACE OFFICER
   PLACE OF EMPLOYMENT: C.P.D


G. DEFENDANT: MORSE
   TITLE: APPROVING SUPERVISOR
   PLACE OF EMPLOYMENT: C.P.D


H. DEFENDANT: HUFFMAN
   TITLE: APPROVING SUPERVISOR
   PLACE OF EMPLOYMENT: C.P.D


I. DEFENDANT: ULLENEIT
   TITLE: APPROVING SUPERVISOR
   PLACE OF EMPLOYMENT: CP.D

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: MILNER V. YOUNG, NO. 1a C 21cce

B. Approximate date of filing lawsuit: IDK

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   YOUNG

D. List all defendants: ANTHONY MILNER

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: Edmond E. CHANG

G. Basic claim made: IDK

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SETTLED

I. Approximate date of disposition: IDK

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

A. NAME OF CASE AND DOCKET NUMBER: MILNER V. HEAD No. 22C 00095

B. APPROXIMATE DATE OF FILLING LAWSUIT: IDK

C. LIST ALL PLAINTIFF: I DONT Remember

D. LIST ALL DEFENDANT: ANTHONY MILNER

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHEAN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Edmond E. CHANG

G. BASIC CLAIM MADE: IDK

H. DISPOSITION OF THIS CASE: PENDING

A. NAME OF CASE AND DOCKET NUMBER: MILNER V. HEAD NO, 20C3505

B. APPROXIMATE DATE OF FILLING LAWSUIT: IDK

C. LIST ALL PLAINTIFF: FIN AND WARD

D. LIST ALL DEFENDANT: ANTHONY MILNER

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Edmond E. CHANG

G. BASIC CLAIM MADE: IDK

H. DISPOSITION OF THIS CASE: PENDING

A. NAME OF CASE AND DOCKET NUMBER: MILNER V. LOBIANCO

No. 20C 6196

B. APPROXIMATE DATE OF FILING LAWSUIT: IDK

C. LIST ALL PLAINTIFF: LOBIANCO

D. LIST ALL ~~DEFENDANTS~~ DEFENDANT: ANTHONY MILNER

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Edmond E. CHANG

G. BASIC CLAIM MADE: IDK

H. DISPOSITION OF THIS CASE: DISMISSED

A. NAME OF CASE AND DOCKET NUMBER: MILNER V. SEVILLE NO. 20C/200

B. APPROXIMATE DATE ~~OF FILING~~ OF FILING LAWSUIT: IDK

C. LIST ALL PLAINTIFF: SEVILLE

D. LIST ALL DEFENDANT: ANTHONY MILNER

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Edmond E. CHANG

G. BASIC CLAIM MADE: IDK

H. DISPOSITION OF THIS CASE: ~~DI~~ SMISSED

A. NAME OF CASE AND DOCKET NUMBER: MILNER V. DART, NO 20C3504

B. APPROXIMATE DATE OF FILLING LAWSUIT: IDK

C. LIST ALL PLAINTIFF: I dont Remember

D. LIST ALL DEFENDANT: ANTHONY MILNER

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Edmond E. CHANG

G. BASIC CLAIM MADE: IDK

H. DISPOSITION OF THIS CASE: DISMISSED

A. NAME OF CASE AND DOCKET NUMBER: MILNER V. PAREJA, NO C 0507

B. APPROXIMATE DATE OF FILING LAWSUIT: IDK

C. LIST ALL PLAINTIFFS: PAREJA

D. LIST ALL DEFENDANTS: ANTHONY MILNER

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G. BASIC CLAIM MADE: IDK

H. DISPOSITION OF THIS CASE: SETTLED

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

MY NAME IS ANTHONY MILNER I AM A PRE - TRIAL
DETAINEE I WAS ILLEGALY ARRESTED WITHOUT A ARREST
WARRANT DUE 3 THREW A INVESTIGATIVE ALERT
SOMETHING THAT IS DEEMED UNCONSTITUTIONAL.
OFFICER ANTESPENGER #3714, HUERTAS #19344, MACIAS #8042, WILLIAMS #12544
MONANS #5687, GARCIA #11044
IS THE OFFICERS WHO MADE THE ILLEGAL ARRESTS
AND MOORE #728, HUFFMAN #640, UNEWETT #781
IS THE ONES WHO APPROVED THE CHARGES ON EACH CASE
FILE
MY INVESTIGATIVE ALERT REPORT #'s IS NOT AVAILABLE
SO IM ASKING THE COURT TO RECIEVE THE REPORT NUMBERS
FROM DEFENDANTS LISTED ABOVE

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

GRANT PLAINTIFF ANTHONY MILNER Compensatory damages in the amount of $10 Million Dollars and seek punitive damages of $5 Million Dollars an whatever amount the court deems necessary and recovery of his costs for this suit and any additional relief this court deems Just Proper and equitable. Granting Plaintiff a declaration that the acts and ammission Described that Peace Officers Jobs is to Serve and Protect and up hold the law Preliminary and permanent Ijuction to Fire EACH Peace Officer for failing to DO THERE JOB THE WAY THEY WAS TRAIN TO DO IT.

**VI.     The plaintiff demands that the case be tried by a jury.**   ☑ YES     ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this   5   day of   Ju   , 202**4**

_A Milner_

_____
(Signature of plaintiff or plaintiffs)

ANTHONY MILNER
(Print name)

2018081/4168
(I.D. Number)
2018081/4168

_____

2100 S. CALIFORNIA
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

" ANTHONY MILNER V. CHICAGO POLICE DAPARTMENT "

THIS IS A NEW CIVIL
LAWSUIT AND IM ASKING FOR
COPYS IN RETUMN BACK TO ME
          THANKS!

                    SINCERELY
                    AM
                    ANTHONY MILNER #20180814168

ANTHONY MILNER #20180814768
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

1:22-cv-03561
Kendall / McShain
PC 11
RANDOM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
**RECEIVED**
JUL 06 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN ST
CHICAGO, IL 60604

07/06/2022-14


